**Order entered April 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00639-CR

**VICENTE BARRUETA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-70647-J**

## ORDER
Before Justices O'Neill, Francis, and Fillmore

The Court **GRANTS** the State's April 8, 2013 motion to extend time to file its brief. We

**ORDER** the State's brief received on April 8, 2013 filed as of the date of this order.

We **DENY** the State's April 8, 2013 motion to postpone submission. The appeal will be

submitted as scheduled on May 22, 2013.

/s/    MOLLY FRANCIS
        PRESIDING JUSTICE